## Case No. 16,660.

### UNITED STATES v. WELD.

[This is a state case reported in 1 Kan. 597.]